James Flory, appellee, v. Eugene Bland, appellant.

Action for services in boring holes for wells in which no water was found and in cleaning out an old well. Judgment for plaintiff. Appeal from the Circuit Court of Shelby county; the Hon. Thomas E. Ford, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed October 25, 1921.

George B. Rhoads, for appellant. George M. Hudson, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

John Victor Jockisch et al., appellants, v. Rudolph Clifford Jockisch et al., appellees.

Suit in equity to compel the reassignment of bank stock alleged to have been procured by fraud and undue influence. Bill dismissed for want of equity. Appeal from the Circuit Court of Cass county; the Hon. Guy R. Williams, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed October 25, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Charles A. Gridley and Thomas D. Masters, for appellants. Weil & Bartley and W. T. Gordley, for appellees.

Mr. Justice Heard delivered the opinion of the court.

---

Charles M. Ferre, appellee, v. Laban Yoder, appellant.

Action for damages for injuries received in a collision between an automobile driven by defendant with a truck upon which plaintiff was riding. Judgment for plaintiff. Appeal from the Circuit Court of Macon county; the Hon. William K. Whitfield, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed October 25, 1921.

McDavid, Monroe & Hershey, for appellant. Redmon, Hogan & Redmon, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

George W. Shutt, appellee, v. Chicago, Wilmington & Franklin Coal Company, appellant.

Action for damages due to the subsidence of land resulting from negligence in conducting mining operations. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed October 25, 1921. Rehearing denied February 28, 1922.

A. M. Fitzgerald, for appellant. James H. Murphy and Sampson & Giffin, for appellee.

Mr. Justice Heard delivered the opinion of the court.